```
        IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF ALABAMA
                 SOUTHERN DIVISION
```

| | |
|---|---|
| **Michelle D. McCall,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   CIVIL ACTION 06-00363-BH-B |
| | * |
| **MICHAEL J. ASTRUE,** | * |
| **Commissioner of** | * |
| **Social Security,** | * |
| | * |
| Defendant. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated September 4, 2007, is **ADOPTED** as the opinion of this Court.

**DONE** this 26th day of September, 2007.

<pre>                              s/ W. B. Hand
                              SENIOR DISTRICT JUDGE</pre>